IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RURAL WATER, SEWER AND SOLID WASTE MANAGEMENT DISTRICT NO. 1, LOGAN COUNTY, OKLAHOMA, an agency and legally constituted authority of the State of Oklahoma,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>CITY OF GUTHRIE, an Oklahoma municipality, et al.,<br><br>    Defendants/Counterclaim Plaintiffs and Third-Party Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, a government agency, and COMMUNITY PROGRAM LOAN TRUST 1987 A, a Massachusetts Business Trust,<br><br>    Third-Party Defendants. | No. CIV-05-786-R |

## **<u>AMENDED JUDGMENT</u>**

Pursuant to the Orders issued March 6, 2007, June 22, 2007, December 19, 2007, and February 21, 2008, the court finds there is no just reason to delay an appeal of the court's jurisdictional rulings in those orders and therefore directs entry

1

of final judgment pursuant to Fed. R. Civ. P. 54(b) on the Counterclaim (Doc. No. 63) and the First Amended Third-Party Complaint (Doc. No. 65).

Entered this 21st day of February, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE